**Rose Mary BYRD, Plaintiff–Appellant,**

**v.**

**KEMET ELECTRONICS CORPORATION, Defendant–Appellee.**

**No. 01–1555.**

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Rose Mary Byrd, pro se.

Robert Oliver King, Ogletree, Deakins, Nash, Smoak & Stewart, Greenville, SC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit J.

PER CURIAM.

Rose Mary Byrd appeals the district court's order dismissing her complaint alleging racial and age discrimination in violation of Title VII, 42 U.S.C.A. § 2000e (West 1994 & Supp.2000), and the Age Discrimination in Employment Act of 1967, 29 U.S.C.A. § 621, *et seq.* (West 1999 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Byrd v. Kemet Electronics Corp.*, No. CA–00–3548–6–20BG (D.S.C. Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*